The People of the State of Illinois, Plaintiff-Appellee, *v.* Eugene Michael Davison, Defendant-Appellant.

(No. 59811;

First District (1st Division)—March 3, 1975.

PER CURIAM.

Paul Bradley and Gordon Berry, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, *State's Attorney*, of Chicago (Patrick T. Driscoll, Jr., and Michael Angarola, *Assistant State's Attorneys*, of counsel), for the People.